DEFENDANT:          **BRANDON BOURRET**

YOB:                1975

ADDRESS:            Colorado Springs, Colorado

COMPLAINT FILED?      _____YES    __X___NO

       IF YES, PROVIDE MAGISTRATE CASE NUMBER:
       IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?      _____YES    __X___NO

OFFENSE:            Count 1:  18 U.S.C. § 371, Conspiracy.
                  Count 2:  18 U.S.C. §§ 2, 1030(a)(2)(C), Computer Fraud, Aid and Abet.
                  Count 3:  18 U.S.C. §§ 2, 1029(a)(2), Access Device Fraud, Aid and Abet.
                  Count 4:  18 U.S.C. §§ 2, 1029(a)(3), Access Device Fraud, Aid and Abet.

LOCATION OF OFFENSE: Denver, Colorado.

PENALTY:            Count 1:    NMT 5 years imprisonment, NMT $250,000 fine or both;
                           NMT 3 years supervised release; $100 special assessment.
                  Count 2:    NMT 5 years imprisonment, NMT $250,000 fine, or both;
                           NMT 3 years supervised release; $100 special assessment.
                  Count 3:    NMT 10 years imprisonment, NMT $250,000 fine, or both;
                           NMT 3 years supervised release; $100 special assessment.
                  Count 4:    NMT 10 years imprisonment, NMT $250,000 fine, or both;
                           NMT 3 years supervised release; $100 special assessment.

AGENT:              SA J.A. Myszkiewicz, FBI

AUTHORIZED BY:  David Tonini, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:    Five days or less

THE GOVERNMENT:              **WILL** seek detention in this case

The statutory presumption of detention **IS NOT** applicable to this defendant.

**OCDEF CASE**:    _____YES    __X___NO