DEFENDANT: **ATHANASIOS ANDRIANAKIS**

YOB: 1988

ADDRESS: Sunnyvale, California

COMPLAINT FILED?    ____ YES    _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ____ YES    _X_ NO

OFFENSE:
- Count 1: 18 U.S.C. § 371, Conspiracy.
- Count 2: 18 U.S.C. §§ 2, 1030(a)(2)(C), Computer Fraud, Aid and Abet.
- Count 3: 18 U.S.C. §§ 2, 1029(a)(2), Access Device Fraud, Aid and Abet.
- Count 4: 18 U.S.C. §§ 2, 1029(a)(3), Access Device Fraud, Aid and Abet.

LOCATION OF OFFENSE: Denver, Colorado.

PENALTY:
- Count 1: NMT 5 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 special assessment.
- Count 2: NMT 5 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.
- Count 3: NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.
- Count 4: NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.

AGENT: SA J.A. Myszkiewicz, FBI

AUTHORIZED BY: David Tonini, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: Five days or less

THE GOVERNMENT: **WILL** seek detention in this case

The statutory presumption of detention **IS NOT** applicable to this defendant.

**OCDEF CASE**:    ____ YES    _X_ NO